IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA TODD WOOLRIDGE,

    Plaintiff,                    No. CIV S-09-1846 GGH P

    vs.

PARWANA ANWAR,

    Defendant.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, the defendant(s) are located and the claim arose in Riverside County, which is in the Central District of California. Therefore, plaintiff's claim should have been filed

1 | in the United States District Court for the Central District of California.  In the interest of justice,
2 | a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28
3 | U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
4 |            Accordingly, IT IS HEREBY ORDERED that:
5 |            1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and
6 |            2. This matter is transferred to the United States District Court for the Central
7 | District of California.
8 | DATED: July 21, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
wool1846.21a